UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-25203-CIV-GOODMAN

MORRIS WILSON, *et al.*,

    Plaintiffs,

vs.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE

PLEASE TAKE NOTICE that the undersigned will hold an initial settlement conference in this action on **July 22, 2019 at 9:30 a.m.** at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Sixth Floor, Miami, Florida 33128. If the parties are unable to reach a full settlement at the initial settlement conference, the undersigned will continue the settlement conference to **September 25, 2019 and September 26, 2019 at 9:30 a.m.**. Pursuant to the agreement of the parties, no parties are required to attend the settlement conference. Rather, counsel shall attend with full settlement authority from their clients.

DONE and ORDERED in chambers at Miami, Florida this 10th day of June, 2019.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Jonathan Goodman
    Counsel of Record