UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-25203-GOODMAN

In re NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## SETTLEMENT CONFERENCE DISCOVERY ORDER

I held status conferences on June 3 and 10, 2019, regarding a settlement conference now scheduled for July 24, 2019. At the most recent status conference counsel agreed that Plaintiff will produce certain damages-related discovery in advance of that settlement conference, which the parties agree will be particularly helpful to their efforts to reach a full compromise of this lawsuit. At my direction, counsel thereafter met and agreed that I enter the following order regarding that discovery. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant served the following discovery requests to date (collectively, "Discovery Requests"): (a) April 15, 2019 First Omnibus Request for Production to Plaintiffs ("Request for Production"), (b) May 1, 2019 Medicare/Medicaid Request for Production to Plaintiffs ("Medicare Request for Production"), (c) May 1, 2019 Medicare/Medicaid Interrogatories to Plaintiffs ("Medicare Interrogatories"), (d) June 3, 2019 First Interrogatories to Plaintiffs ("Interrogatories"). The Discovery Requests consist of requests relating to both liability and damages. The Court is advised that Defendant

served more than 25 total interrogatories pursuant to the agreement of all of the parties, some of which apply only to Plaintiffs eligible for Medicare or Medicaid.

2. The Court notes that Plaintiffs are currently on an agreed-to extension of time to respond to the Discovery Requests, and that this does not reflect a failure on their part to meet their discovery obligations. The Court now directs Plaintiffs, as a condition to the July 24, 2019 settlement conference, to provide Defendant with responses and responsive documents to the following "Damages Discovery", and to do so no later than July 11, 2019:

    a. Requests for Production:  1-11, 13, 19, 26-27, 30-33, and 35.

    b. Medicare Request for Production:  If applicable to the particular Plaintiff, they shall provide this information.

    c. Medicare Interrogatories: If applicable to the particular Plaintiff, they shall provide this information.

    d. Interrogatories:  1, 7-14, 16-17, and 21.

3. By agreeing to Plaintiffs' partial responses to Defendant's Discovery Requests, for the purpose of facilitating settlement, Defendant has not waived its right to Plaintiffs' later full response to the Discovery Requests, nor to move to compel the same. Absent further order of the Court, Defendant shall have until 45 days after the July 24, 2019 settlement conference to move to compel Plaintiffs to serve more complete responses to the Discovery Requests. Before any such motion, the parties shall first meet their obligation to meet and confer, and attempt to reach agreement regarding Plaintiffs' further response to the Discovery Requests.

CASE NO. 18-cv-25203-JG

**DONE AND ORDERED** in chambers in Miami, Florida, this 14th day of June, 2019.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE


cc:   The Honorable Jonathan Goodman
      All counsel of record