UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-25203

In re NCL (BAHAMAS) LTD.,

Defendant.
_____/

**JOINT PETITION FOR APPROVAL OF SETTLEMENTS OF MINORS' CLAIMS**

The Parties, by and through their undersigned counsel, jointly petition this Court to approve the settlements reached in the claims brought on behalf of minors in this consolidated action. As grounds therefore, the Parties state:

1. This matter involves the consolidated claims of over 250 passengers aboard the cruise vessel, Norwegian Breakaway in December 2017 when it encountered what Plaintiffs previously described as "a massive weather event (Bomb Cyclone)," and what Defendant previously described as "a winter weather system." (D.E. 25, p. 1).

2. This matter settled among all parties on September 10, 2019.

3. Among the passenger claims brought are claims brought on behalf of 60 minors, ranging in ages from 4 through 17 years of age. 40 minors are represented by Lipcon, Margulies, Alsina & Winkleman, P.A. and 20 minors are represented by the Holzberg Law Firm. All minors' claims have been brought through their parent as natural guardian.

4. Pursuant to Florida Statute § 744.387, "[n]o settlement after an action has been commenced by or on behalf of a ward shall be effective unless approved by the court having jurisdiction of the action." Fla. Stat. § 744.387(3)(a).

- 2 -

5. The statute goes on to state that "[i]n the event of settlement or judgment in favor of the ward or minor, the court may authorize the natural guardians or guardian… to collect the amount of the settlement or judgment and to execute a release or satisfaction." Fla. Stat. § 744.387(3)(b).

6. None of the proposed settlements on behalf of the minor claimants require a legal guardianship pursuant to Fla. Stat. § 744.387(2) or (3)(b).

7. The terms of the proposed settlements in this matter are confidential. Accordingly, the Parties respectfully request this Court hold a telephonic hearing where an attorney for the minor claimants and an attorney for the Defendant may disclose the terms of the proposed settlements for the minors and address any issues raised by the Court.

**WHEREFORE**, the parties respectfully request this Court enter an Order approving the settlement of the minors claims in this matter. A proposed Order is attached.

Respectfully submitted this 10th day of September, 2019.

| *Attorneys for Plaintiffs*: | *Attorneys for Defendant NCL:* |
|---|---|
| /s/ Jason R. Margulies | /s/ Curtis J. Mase |
| **MICHAEL A. WINKLEMAN**<br>Florida Bar No.: 36719<br>mwinkleman@lipcon.com<br>**JASON R. MARGULIES**<br>Florida Bar No.: 57916<br>jmargulies@lipcon.com<br>**MARC E. WEINER**<br>Florida Bar No.: 91699<br>mweiner@lipcon.com<br>**DANIEL W. GRAMMES**<br>Florida Bar No. 1010507<br>dgrammes@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776 | **CURTIS MASE**<br>Florida Bar No.: 73928<br>cmase@maselaw.com<br>**WILLIAM SEITZ**<br>Florida Bar No.: 73928<br>wseitz@maselaw.com<br>MASE MEBANE & BRIGGS, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida  33133<br>Telephone:  (305) 377-3770<br>Facsimile:   (305) 377-0080<br>*Attorneys for Defendant* |

| |  |
|---|---|
| 2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone:  (305)  373-3016<br>Facsimile:    (305) 373-6204<br><br>**GLENN J. HOLZBERG**<br>Florida Bar No.: 369551<br>Glenn@holzberglegal.com<br>HOLZBERG LEGAL<br>Offices at Pinecrest II, Suite 220<br>7685 S.W. 104th Street<br>Miami, Florida 33156<br>Telephone: (305) 668-6410<br>Facsimile: (305) 667-6161<br><br>**ERNESTO L. SANTOS, JR.**<br>Florida Bar No.: 17023<br>Ernesto@hsptrial.com<br>HALPERN SANTOS & PINKERT, P.A.<br>150 Alhambra Circle - Suite 1100<br>Coral Gables, FL 33134<br>Phone: (305) 445-1111<br>Fax: (305) 445-1169 | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jason R. Margulies*
    **JASON R. MARGULIES**
    **FLORIDA BAR NO 57916**

- 3 -

L I P C O N ,   M A R G U L I E S ,   A L S I N A   &   W I N K L E M A N ,   P . A .