UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-25203

In re NCL (BAHAMAS) LTD.,

Defendant.
_____/

## ORDER APPROVING SETTLEMENTS OF MINORS' CLAIMS

THIS MATTER is before me pursuant to the parties' Joint Petition for Approval of Settlements of Minors Claims pursuant to Florida Statute §744.387.  Having reviewed the parties Petition, the terms of the settlement, the record, the relevant legal authorities, and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that the parties Petition is GRANTED and

their settlement is APPROVED.

The parent and natural guardian of each minor is authorized to collect the amount of the settlement and to execute a release on behalf of the minor pursuant to Florida Statute §744.387(3)(b).

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of _____, 2019.

_____
**JONATHAN GOODMAN**
**UNITED STATES MAGISTRATE JUDGE**

**Copies furnished to:**
**All counsel of record**